IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| vs. | ) ) CRIMINAL NO. 06-30067-GPM |
| DONALD K. McCRADY, | ) ) |
| Defendant. | ) ) |

## ORDER AND NOTICE OF SENTENCING

**MURPHY, Chief District Judge:**

Defendant Donald K. McCrady pleaded guilty to Counts 1, 2, and 3 of the Indictment, and no objections have been filed to the Report and Recommendation of the United States Magistrate Judge. A Presentence Investigation Report is ordered. The Court will defer a decision on acceptance of the plea of guilty and any plea agreement pending review of the Presentence Investigation Report.

Sentencing is scheduled for Monday, December 11, 2006, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: 09/27/2006

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge